1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM LYLE NIBLE,                        Case No. 2:24-cv-01259-DJC CSK

12                  Plaintiff,                  ORDER

13          v.                                  (ECF No. 83)

14   JEFF MACOMBER, et al.,

15                  Defendant.

16

17          This matter was referred to a United States Magistrate Judge pursuant to 28

18   U.S.C. § 636(b)(1)(B) and Local Rule 302.  On July 3, 2025, the Magistrate Judge filed

19   findings and recommendations (ECF No. 83), which were served on the parties and

20   which contained notice that any objections to the findings and recommendations

21   were to be filed within fourteen (14) days. On August 13, 2025, Plaintiff filed

22   objections to the findings and recommendations (ECF No. 86), including objecting

23   that Defendants are not entitled to immunity and that this Court has jurisdiction over

24   each Defendant.  On August 28, 2025 and August 29, 2025, Defendants Macomber,

25   Broomfield, St. Louis-Franklin, Reyes, Lugar, Dorsey, and Mosely filed responses to

26   Plaintiff's objections. (ECF Nos. 87, 88.) The Court has considered all objections

27   raised.

28          In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*

1 | review.   The Court has carefully reviewed the file, including Plaintiff's objections and

2 | Defendants' response to the objections, and finds the findings and recommendations

3 | are supported by the record and by proper analysis. The Court therefore concludes

4 | that it is appropriate to adopt the findings and recommendations in full.

5 |        Accordingly, IT IS HEREBY ORDERED that:

6 |    1.   The findings and recommendations (ECF No. 83) are ADOPTED IN FULL;

7 |    2. California State Defendants Macomber, Dorsey, Broomfield, St. Louis-Franklin,

8 |       Reyes, and Lugar's motion to dismiss (ECF No. 51) is GRANTED without leave to

9 |       amend;

10 |    3.   Defendant Mosely's motion for judgment on the pleadings (ECF No. 51) is

11 |       GRANTED without leave to amend;

12 |    4.   Missouri State Defendants Richardson and Woodruff's motion to set aside the

13 |       Clerk's entry of defaults (ECF No. 74) is GRANTED;

14 |    5.   Missouri State Defendants Richardson and Woodruff's motion to dismiss (ECF

15 |       No. 75) is GRANTED without leave to amend;

16 |    6. Plaintiff's motion for injunctive relief (ECF No. 67) is DENIED;

17 |    7. On the Court's own motion, Plaintiff's claims against Defendant Jason Johnson

18 |       are DISMISSED without leave to amend;

19 |    8.   On the Court's own motion, Plaintiff's claims for violations of the Fourth

20 |       Amendment, First Amendment, and State and Federal Whistleblower Act are

21 |       DISMISSED without leave to amend; and

22 |    10. This entire action is dismissed, and the Clerk of the Court is directed to close

23 |       this case.

24 |

25 |        IT IS SO ORDERED.

26 | Dated:   **September 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

27 |

28 |

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28