UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LYLE NIBLE, | Case No. 2:24-cv-01259-DJC-CSK |
| Plaintiff, | ORDER |
| v. | (ECF No. 97.) |
| JEFF MACOMBER, et al., | |
| Defendants. | |

Plaintiff's Motion to Proceed in Forma Pauperis in the Ninth Circuit Court of Appeal was referred to a United States Magistrate Judge. (ECF No. 93, 95.) On September 22, 2025, the Magistrate Judge filed findings and recommendations (ECF No. 97), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On November 3, 2025, Plaintiff filed objections to the findings and recommendations (ECF No. 102), including objecting that Plaintiff's appeal to the Ninth Circuit Court of Appeals raises non-frivolous issues and is taken in good faith. On November 17, 2025, Defendants filed a response to Plaintiff's objections (ECF No. 103), and Plaintiff filed a reply on November 25, 2025 (ECF No. 105). The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*

review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 97) are ADOPTED IN FULL;
2. Plaintiff's motion to proceed in forma pauperis (ECF No. 93) is DENIED; and
3. The Clerk of Court is directed to serve a copy of this order on Plaintiff and the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated: **December 5, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/nibl24cv1259.JO.obj